services, including, but not limited to, the provision of qualified sign language interpreters; in failing to provide qualified individuals with a hearing impairment, and plaintiff in particular, with appropriate auxiliary aids and services, including, but not limited to, qualified interpreters, when necessary to provide effective communication; in failing to maintain a list of "on-call" qualified sign language interpreters who are available 24 hours a day; in failing to provide plaintiff with a qualified sign language interpreter within a reasonable time after the request was made; and in failing to assure that sign language services would be available 24 hours a day

120. Defendants violations of the Rehabilitation Act and its applicable regulations as hereinbefore alleged subjected plaintiff to discrimination on the basis of her disability and deprived plaintiff of her right to an equal opportunity to participate in or benefit from the services, programs, or activities of a the defendant public entities and directly caused Plaintiff to sustain past and continuing physical and emotional injuries. Plaintiff has suffered, is suffering, and will continue to suffer irreparable injury as a result of Defendants' patterns and practices of discrimination.

121. Plaintiff has thereby been damaged by the violation of the Rehabilitation Act on the part of the defendants The State of New York and New York State Office of Court Administration and demands compensatory damages in the sum of Five Million Dollars and punitive damages in the sum of One Million Dollars and together with attorneys' fees and the costs and disbursements of this action.

AS AND FOR A FOURTH CAUSE OF ACTION

VIOLATION OF THE REHABILITATION ACT

(NYC, BELLEVUE HOSPITAL CENTER AND NYCHHC)

(COMPENSATORY & PUNITIVE DAMAGES)
